**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :  No. 437 MAL 2019

           Respondent                :

                                    :  Petition for Allowance of Appeal
                                    :  from the Order of the Superior Court

          v.                   :

                                    :

CHRISTOPHER HANSON,             :

                                    :

           Petitioner               :


## ORDER


**PER CURIAM**

      **AND NOW**, this 3rd day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.